[No. 19187-3-II.    Division Two.    May 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH
STROMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 3566-87040, Frederick B. Hayes, J., entered
February 17, 1995. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 19837-1-II.    Division Two.    May 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN
A. MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00394-0, Thomas L. Lodge, J., entered
August 11, 1995. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, A.C.J., and
Morgan, J.

[No. 19918-1-II.    Division Two.    May 16, 1997.]

THE STATE OF WASHINGTON, *on the Relation of Mary
Ruth Campbell, Respondent*, v. DAVID COOK,
*Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 73314, James D. Ladley, J., entered August
25, 1995. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Houghton, C.J., and Seinfeld, J. Now
published at 86 Wn. App. 761.

[No. 19949-1-II.    Division Two.    May 16, 1997.]

BOONE & BOONE REALTY CO., INC., *Appellant*, v.
MICHAEL J. MCGIMPSEY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 92-2-00285-7, Richard D. Hicks, J.,
entered September 7, 1995. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Houghton, C.J.,
and Armstrong, J.